IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SIEMENS INDUSTRY, INC.** | |
| Plaintiff, | Civil Action No. 2:17-cv-00405-RCM |
| v. | *Filed Electronically* |
| **HARRY C. NAGEL** | |
| Defendant. | |

PROPOSED ORDER
GRANTING DEFENDANT NAGEL'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2017, having considered Defendant Nagel's Motion to Dismiss, Plaintiff Siemens Industry, Inc.'s opposition, Defendant Nagel's reply, and oral argument before this Court by the parties in support of their positions, it is hereby ORDERED that Defendant Nagel's Motion to Dismiss is GRANTED, and this action is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Robert C. Mitchell
Magistrate Judge